This is to advise that on November 7, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-163

In action

Ct. No. 06-00135

Wieland-Werke AG, Prymetall GmbH & Co. KG,
Schwermetall Halbzeugwerk GmbH & Co. KG
and Wieland Metals, Inc.,
(Plaintiffs,)

v.

United States
(Defendant,)

and

Eagle Brass Co., Heyco Metals Inc., Luvata Buffalo, Inc.,
Olin Corporation-Brass Group, PMX Industries, Inc.,
Revere Copper Products, Inc., and Scott Brass,
(Defendant-Intervenors.)